UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br>Plaintiff,<br>v.<br>MATTEL, et al.,<br>Defendants. | No. 2:24-cv-1954 DAD AC (PC)<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND</u><br>(Doc. No. 9) |

Plaintiff is a state prisoner, proceeding *pro se* and *in forma pauperis*, in this civil action which he initiated by filing a complaint on July 17, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 23, 2025, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because plaintiff did not assert any cognizable claim for copyright infringement, the sole claim asserted in plaintiff's complaint. (Doc. No. 9.) In addition, the magistrate judge found that in light of the nature of plaintiff's claim and the insufficient allegations made in support thereof, the granting of leave to amend would be futile. (*Id.* at 5–6.)

/////

Accordingly, the magistrate judge recommended that this action be dismissed without leave to amend due to plaintiff's failure to state a cognizable claim for relief. (*Id.* at 6.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty–one (21) days of service. (*Id.* at 6.) On October 14, 2025, plaintiff filed objections to the findings and recommendations. (Doc. No. 12.) Having reviewed those objections, the undersigned finds that they provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued September 23, 2025 (Doc. No. 9) are adopted in full;
2. Plaintiff's complaint (Doc. No. 1) is dismissed without leave to amend for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 19, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE